Miles Ehrlich (Cal. Bar No. 237954)
miles@ramsey-ehrlich.com
Katharine Kates (Cal. Bar No. 155534)
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 548-3600
Fax: (510) 291-3060

*Attorneys for Defendant Sang Hun Kim*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SANG HUN KIM,<br><br>Defendant. | Case No.: CR-11-00912 RS<br><br>**STIPULATION TO CONTINUE COURT APPEARANCE AND [PROPOSED] ORDER** |

The parties hereby stipulate and ask the Court to find and order as follows:

1. Defendant is currently scheduled to appear before this Court on August 21, 2012, for imposition of judgment and sentence.

2. Defendant requires additional time to evaluate the facts of the case, to provide additional information to the probation officer, and to prepare his position on sentencing. The United States has no objection to the request for a continuance. The

parties therefore agree and respectfully request that the currently scheduled sentencing hearing be vacated and that sentencing be scheduled for 2:30 p.m. on October 2, 2012.

3. The assigned United States Probation Officer is available on that date for sentencing.

**SO STIPULATED:**

DATED: August 1, 2012 /s/ .
Miles Ehrlich
Katharine Kates
RAMSEY & EHRLICH LLP
Attorneys for Sang Hun Kim

DATED: August 1, 2012 /s/ .
Sidney Majalya
Manish Kumar
Department of Justice Antitrust Division

**SO ORDERED:**

DATED: 8/1/12

_____.
The Honorable Richard Seeborg
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING COURT APPEARANCE
*UNITED STATES V. SANG HUN KIM;* **CR 11-00912 RS**

- 2 -